**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:25CR00367JAR |
| | ) | |
| DION MARVELL WILLIAMS, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Defendant's Motion to Continue the Trial. (Doc. No. 30.)  For good cause shown,

**IT IS HEREBY ORDERED** that Defendant's Motion to Continue the Trial [Doc. No. 30] is **GRANTED**.  Pursuant to 18 U.S.C. § 3161(h)(7), the interests of justice are served by a continuance, that the interests of justice outweigh the interest of the public and Defendant in a speedy trial, and that, therefore, any time elapsed is excludable time under the Speedy Trial Act. The jury trial of this matter is continued to **Monday, May 4, 2026 at 9:00 a.m.** in **Courtroom 3 North**.

**IT IS FURTHER ORDERED** that the Court will hold a *Frye* Hearing on **March 30, 2026 at 2:30 p.m.** in **Courtroom 3 North**.

Dated this 18th day of March, 2026.

_____
**JOHN A. ROSS
UNITED STATES DISTRICT JUDGE**